**JOSEPH T. MCDANIEL**
ASSISTANT GENERAL COUNSEL

**FIRST TOWER LOAN, LLC**
POST OFFICE BOX 320001
FLOWOOD, MS 39232-0001
PHONE: (601) 992-0936
FAX: (601) 992-5176

April 8, 2025

Clerk of Court
United State Bankruptcy Court
Southern District of Mississippi
2012 15th Street, Suite 244
Gulfport, MS 39501

Re:   Reginald Bernard Chapman and Ella Eloise Chapman
       Chapter 13, Case No. 24-51755-KMS
       First Tower Loan, LLC, doing business as Tower Loan of Waynesboro's Objection to
       Confirmation of Chapter 13 Plan (#24)

Dear Sir or Madam:

   A hearing First Tower Loan, LLC, doing business as Tower Loan of Waynesboro's Objection to Confirmation of Chapter 13 Plan (#24) was set before the Court on March 18, 2025, at 01:30 pm. The parties tentatively settled the matter but need the hearing to be reset.

   Please reset this matter for the earliest available date on the Court's docket. Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to contact me.

                                            Sincerely,


                                            /s/ Joseph T. McDaniel
                                            Joseph T. McDaniel
                                            MSB#: 106499
                                            Tower Loan of Mississippi, LLC
                                            P. O. Box 320001
                                            Flowood, MS 39232-0001
                                            601-992-0936
                                            Fax:  601-992-5176


cc:   Thomas Carl Rollins, Jr, Esq.
       Attorney for Debtor
       trollins@therollinsfirm.com

1