

SO ORDERED,

**Judge Katharine Samson**
United States Bankruptcy Judge
Date Signed: April 9, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| REGINALD BERNARD CHAPMAN | CASE NO. 24-51755 KMS |
| ELLA ELOISE CHAPMAN | |
| DEBTORS. | CHAPTER 13 |

## ORDER RESETTING HEARING

THIS Cause having come on this date on the Objection to Confirmation filed by Gulfco of MS, LLC dba Tower Loan of Waynesboro (Dkt. #24) and the Court having considered the facts herein, finds that the hearing on March 18, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection to Confirmation hereby is continued and reset for May 27, 2025, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.  This hearing will be conducted by video conferencing.  Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi.  Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at: www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841