# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51755  **Case Name:** Reginald Bernard Chapman and Ella Eloise Chapman

**Set:** 04/15/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Trustee's Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)17 Modified Chapter 13 Plan filed by Debtor Reginald Bernard Chapman, Joint Debtor Ella Eloise Chapman).  (Dkt. #29)

Minute Entry Re: (related document(s): [29] Trustee's Objection to Confirmation of Plan filed by David Rawlings) Duncan to submit an Order withdrawing the Objection. Order due by 04/29/2025. (mcc)