United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 24-51755-KMS

Reginald Bernard Chapman                                                          Chapter 13

Ella Eloise Chapman

      Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Reginald Bernard Chapman, Ella Eloise Chapman, PO Box 183, State Line, MS 39362-0183 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi  LLC, d/b/a Tower Loan of Waynesboro jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Ella Eloise Chapman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Reginald Bernard Chapman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6            User: mssbad            Page 2 of 2

Date Rcvd: Apr 15, 2025            Form ID: pdf012            Total Noticed: 1

United States Trustee

           USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   REGINALD BERNARD CHAPMAN
ELLA ELOISE CHAPMAN
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51755 KMS

### ORDER ON TRUSTEE'S
### OBJECTION TO CONFIRMATION

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to Confirmation    (Docket No. 29), and the Trustee reports the Objection is moot and withdrawn as moot.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Objection to Confirmation is moot and withdrawn.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net