# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51755        **Case Name:**   Reginald Bernard Chapman and Ella Eloise Chapman

**Set:**   05/27/2025 01:30 pm   **Chapter:**  13   **Type:**  bk     **Judge**   Katharine M. Samson

**matter**   Objection to Confirmation of Plan Filed by Creditor Gulfco of Mississippi, LLC, d/b/a Tower Loan of Waynesboro (RE: related document(s)17 Modified Chapter 13 Plan).  (Dkt. #24)

---

Minute Entry Re: (related document(s): [24] Objection to Confirmation of the Plan filed by Gulfco of Mississippi, LLC, d/b/a Tower Loan of Waynesboro) McDaniel to submit an Agreed Order due by 06/17/2025. Email received from McDaniel's office. (mcc)