# Proceeding Minutes / Proceeding Memo

**Case #:** 24-51755    **Case Name:** Reginald Bernard Chapman and Ella Eloise Chapman

**Set:** 05/27/2025 01:30 pm    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter:** Trustee's Objection to Confirmation of Plan Filed by Trustee David Rawlings (RE: related document(s)35 Modified Chapter 13 Plan filed by Debtor Reginald Bernard Chapman, Joint Debtor Ella Eloise Chapman).  (Dkt. #42)

---

Minute Entry Re: (related document(s): [42] Trustee's Objection to Confirmation of Plan filed by David Rawlings) Duncan to submit an Agreed Order due by 06/10/2025. Email received from Duncan. (mcc)