

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: REGINALD BERNARD CHAPMAN AND ELLA ELOISE CHAPMAN

Case No. 24-51755-KMS
Chapter 13 Proceedings

### AGREED ORDER ON GULFCO OF MISSISSIPPI, LLC, DOING BUSINESS AS TOWER LOAN OF WAYNESBORO'S OBJECTION TO CONFIRMATION (#24)

The Court is advised that the parties have settled the matter of TOWER'S OBJECTION TO CONFIRMATION (#24) and agree that this Objection should be overruled. The Court finds that the agreement of the parties is well founded and should be incorporated into this Order.

**The purchase money security interest claim of Tower Loan filed in the amount of $3,040.04 shall be treated as follows:**

Secured:      That **$1,500.00** shall be paid through the plan together with interest at the rate of 10.00% over the life of the plan.

Unsecured:      That the remaining balance of the claim of **$1,540.04** shall be treated as a general unsecured claim.

**The purchase money security interestclaim of Tower Loan filed in the amount of $3,386.70 shall be treated as follows:**

Secured:      That **$1,500.00** shall be paid through the plan together with interest at the rate of 10.00% over the life of the plan.

Unsecured:      That the remaining balance of the claim of **$1,886.70** shall be treated as a general unsecured claim.

[Continues To Next Page]

Therefore, it is Ordered and Adjudged that TOWER'S OBJECTION TO CONFIRMATION (#24)

is overruled. The agreement of the parties as expressed herein is hereby adopted by the Court.

##END OF ORDER##

Agreed:


/s/ Joseph T. McDaniel_____
Prepared By:
Joseph T. McDaniel
MSB#: 106499
Gulfco of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232




/s/ Thomas C. Rollins, Jr._____
Thomas Carl Rollins, Jr
For the Debtor
MSB#: _____
trollins@therollinsfirm.com
PO BOX 13767
Jackson, MS 39236




David C. Rawlings
For the Trustee
drawl61@hotmail.com
P.O. Box 566
Hattiesburg, MS 39403