UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  REGINALD BERNARD CHAPMAN
        ELLA ELOISE CHAPMAN
        DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 24-51755 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Late Filed Claim:

DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE

P.O. BOX 7346

PHILADELPHIA, PA  19101-7346

Court Claim No. 16

Amount of Claim: $801.73

Classification:  PRIORITY

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  David Rawlings
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that on June 27, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

REGINALD BERNARD CHAPMAN
ELLA ELOISE CHAPMAN
PO Box 183
State Line, MS  39362

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346

IRS
PO BOX 7346
PHILADELPHIA, PA  19101-7346

*/s/  David Rawlings*
DAVID RAWLINGS, TRUSTEE