United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51755-KMS
Reginald Bernard Chapman  Chapter 13
Ella Eloise Chapman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6          User: mssbad          Page 1 of 3
Date Rcvd: Jun 26, 2025       Form ID: n031         Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb  | + | Reginald Bernard Chapman, Ella Eloise Chapman, PO Box 183, State Line, MS 39362-0183 |
| 5464595 | + | Community Bank of Mississippi, PO Box 265, Laurel, MS 39441-0265 |
| 5450411 |   | Delores Chapman, 7400 Goodwin St, Citronelle, AL 36522 |
| 5450412 | + | Forrest General, PO Box 16389, Hattiesburg, MS 39404-6389 |
| 5450419 | + | Hattiesburg Clinic Ort, 103 Medical Park, Hattiesburg, MS 39401-9042 |
| 5450422 |   | Lincare, PO Box 996, Blue Springs, MO 64013-0996 |
| 5450423 | + | Lindcare, PO Box 690397, Orlando, FL 32869-0397 |
| 5450427 | + | Oak Grove Family, 5192 Old Hwy 11, Hattiesburg, MS 39402-6222 |
| 5450432 | + | Shianna Turner, 549 East Glen Ave, Auburn, AL 36830-4994 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5486898 |   | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 26 2025 19:30:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5452525 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 26 2025 19:30:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5450406 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 19:36:05 | Capital One NA, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5450407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 19:36:06 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5450408 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 19:36:10 | Citibank/Exxon Mobile, Po Box 790040, St Louis, MO 63179-0040 |
| 5450410 | + | Email/Text: jill.johnson@communitybank.net | Jun 26 2025 19:30:00 | Community Bank, Attn: Bankruptcy, 1905 Community Bank, Flowood, MS 39232-1220 |
| 5450409 | + | Email/Text: lindsay.currie@communitybank.net | Jun 26 2025 19:30:00 | Community Bank, PO Box 59, Forest, MS 39074-0059 |
| 5450424 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2025 19:36:10 | Macy's/ DSNB, Attn: Bankruptcy, 701 E. 60th St N, Sioux Falls, SD 57104 |
| 5450413 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 26 2025 19:30:00 | Gm Financial, 801 Cherry Street, Ste 3600, Fort Worth, TX 76102-6855 |
| 5450414 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 26 2025 19:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 5475142 | + | Email/Text: bankruptcy@towerloan.com | Jun 26 2025 19:29:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5450908 |   | Email/Text: LossMitREBankruptcy@HancockWhitney.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 26, 2025 | Form ID: n031 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5450415 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Jun 26 2025 19:29:00 | Hancock Whitney Bank, 2510 14th Street, Gulfport, MS 39501 |
| | | | Jun 26 2025 19:29:00 | Hancock Whitney Bank, Po Box 4019, Gulfport, MS 39502 |
| 5450418 | | Email/Text: kristie.pope@hattiesburgclinic.com | Jun 26 2025 19:30:00 | Hattiesburg Clinic, P.O. Box 3488, Tupelo, MS 38803-3488 |
| 5450417 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jun 26 2025 19:30:00 | Hattiesburg Clinic, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5450416 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Jun 26 2025 19:30:00 | Hattiesburg Clinic, PA, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5462244 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 26 2025 19:30:00 | IRS, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5462871 | + | Email/Text: ebone.woods@usdoj.gov | Jun 26 2025 19:30:00 | IRS***, C/O US ATTORNEY, 501 EAST COURT ST, STE 4.430, JACKSON, MS 39201-5025 |
| 5469260 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 26 2025 19:30:00 | Jefferson Capital Systems LLC, PO BOX 7999, St. Cloud, MN 56302-9617 |
| 5458916 | + | Email/Text: RASEBN@raslg.com | Jun 26 2025 19:29:00 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA,, N.A. Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5450420 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 26 2025 19:36:05 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5450421 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2025 19:36:02 | Kohl's, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5450425 | | Email/Text: ml-ebn@missionlane.com | Jun 26 2025 19:29:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5450426 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 26 2025 19:29:00 | National Credit, Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 5475196 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jun 26 2025 19:29:00 | National Credit Systems, Inc., P.O.BOX 672288, Marietta, GA 30006 |
| 5450428 | | Email/PDF: cbp@omf.com | Jun 26 2025 19:36:06 | One Main Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5450429 | | Email/Text: bankruptcynotices@sba.gov | Jun 26 2025 19:30:00 | SBA, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5450430 | + | Email/Text: ebone.woods@usdoj.gov | Jun 26 2025 19:30:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5450431 | + | Email/Text: bankruptcy@bbandt.com | Jun 26 2025 19:30:00 | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 5473951 | | Email/Text: bankruptcy@bbandt.com | Jun 26 2025 19:30:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5450433 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 26 2025 19:36:08 | Synchrony Bank/Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5450435 | | Email/Text: bankruptcy@towerloan.com | Jun 26 2025 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5450434 | + | Email/Text: banko@hestark.com | Jun 26 2025 19:30:00 | The Stark Agency, Attn: Bankruptcy, Po Box 45710, Madison, WI 53744-5710 |
| 5485782 | | Email/Text: bankruptcynotices@sba.gov | Jun 26 2025 19:29:00 | US Small Business Administration, 332 S. Michigan, Suite 600, Chicago, IL 60604 |
| 5450436 | ^ | MEBN | Jun 26 2025 19:24:59 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5450437 | | Email/Text: twilliams@waynegeneralhospital.org | Jun 26 2025 19:29:00 | Wayne General Hospital, 950 Matthew Drive, |

District/off: 0538-6     User: mssbad     Page 3 of 3
Date Rcvd: Jun 26, 2025     Form ID: n031     Total Noticed: 45

Waynesboro, MS 39367

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gulfco of Mississippi, LLC, d/b/a Tower Loan of W |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 5526128 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2025     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi LLC, d/b/a Tower Loan of Waynesboro jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Ella Eloise Chapman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Reginald Bernard Chapman trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 24−51755−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Reginald Bernard Chapman<br>aka Reginald Bernard Chapman Sr.<br>PO Box 183<br>State Line, MS 39362 | Ella Eloise Chapman<br>aka Eloise Chapman<br>PO Box 183<br>State Line, MS 39362 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on June 26, 2025 (Dkt. # 51 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

<u>Jackson Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

<u>Gulfport Office</u>:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: June 26, 2025                                                        Danny L. Miller, Clerk of Court