UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                            CHAPTER 13 PROCEEDING:
REGINALD BERNARD CHAPMAN                     24-51755 KMS
ELLA ELOISE CHAPMAN
PO Box 183
State Line, MS 39362

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtors is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtors for the following reason: the plan was modified twice but the plan payment never adjusted. Additionally, the mortgage arrears claim is more than was originally proposed. Further, Agreed Order, dk#47 with Tower Loan of Wayesboro, and Order, dk#49-on Trustee's Objection to Confirmation.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtors' Plan Payment to the sum of $4,849.70 per month beginning with the month of September 08, 2025.

RESPECTFULLY SUBMITTED: August 05, 2025

                                                                              /s/ DAVID RAWLINGS
                                                                              DAVID RAWLINGS, TRUSTEE
                                                                              P.O. BOX 566
                                                                              HATTIESBURG, MS 39403

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtors, Debtors' Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day, August 05, 2025.

DEBTORS:

REGINALD BERNARD CHAPMAN
ELLA ELOISE CHAPMAN
PO Box 183
State Line, MS 39362

ATTORNEY FOR DEBTORS:            U.S. TRUSTEE:

THOMAS C. ROLLINS, JR               501 East Court Street
P O Box 13767                            Suite 6-430
Jackson, MS 39236                    Jackson, MS 39201

                                                                              /s/ DAVID RAWLINGS
                                                                              DAVID RAWLINGS, TRUSTEE