**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** _____  **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice _____

**New total payment:** $ _____
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____   New escrow payment: $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Debtor 1 _____  Case number (*if known*) _____
    First Name  Middle Name  Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_____  Date _____
Signature

Print: _____  Title _____
  First Name  Middle Name  Last Name

Company _____

Address _____
  Number  Street

_____
City  State  ZIP Code

Contact phone _____  Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: REGINALD BERNARD CHAPMAN
      ELLA ELOISE CHAPMAN                      NO. 24-51755-KMS

### CERTIFICATE OF SERVICE

I, Jeff Rawlings, do hereby certify that I served a true and correct copy of the **Notice of Mortgage Payment Change** by first class mail, postage prepaid to Reginald Bernard Chapman and Ella Eloise Chapman, PO Box 183, State Line, MS 39362 and via the ECF notification service to Thomas Carl Rollins, Jr., David Rawlings, and the U.S. Trustee.

DATED:  February 19, 2026

                                            /s/ Jeff Rawlings
                                            Jeff D. Rawlings

Jeff D. Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642

```
Community Bank of Mississippi                                    Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                           PROJECTIONS FOR COMING YEAR


Reginald Bernard Chapman
PO Box 183
State Line MS 39362-0183




Re:  Loan                                                       1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

  Month         Payments to      Payments from    Description     Escrow Account
               Escrow Account    Escrow Account                      Balance

Starting Balance: .................................................    1,994.00

Mar 2026         166.29           1,914.00       Prop/Wind/Flood         246.29
Apr 2026         166.29               0.00                               412.58
May 2026         166.29               0.00                               578.87
Jun 2026         166.29               0.00                               745.16
Jul 2026         166.29               0.00                               911.45
Aug 2026         166.29               0.00                             1,077.74
Sep 2026         166.29               0.00                             1,244.03
Oct 2026         166.29               0.00                             1,410.32
Nov 2026         166.29               0.00                             1,576.61
Dec 2026         166.29               5.31       County Taxes          1,737.59
Jan 2027         166.29               0.00                             1,903.88
Feb 2027         166.29               0.00                             2,070.17

                1,995.48           1,919.31
```

Your projected current escrow balance is 1,994.00. Your projected
starting escrow balance according to this analysis should be 2,073.94.
This means you have a shortage of 79.94. This shortage may be
collected from you over a period of 12 months or more unless the shortage is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. We have decided to collect the shortage
over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the coming year will be 2,948.00 of which
2,781.71 will be for principal and interest and 166.29 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 268-0299

```
Community Bank of Mississippi                                    Page     1
1905 Community Bank Way Ste 19
Flowood, MS 39232



Reginald Bernard Chapman
PO Box 183
State Line MS 39362-0183




                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                                 ACCOUNT HISTORY


Re:   Loan                                              1/26/26


This is a statement of actual activity in your escrow account from
May 13, 2024 to February 28, 2026. Compare it to the Annual Escrow
Account Disclosure Statement Projections for Coming Year which was sent to
you on May 17, 2024 (another copy is enclosed).

Your monthly mortgage payment for the past year was 2,938.46 of which
2,781.71 was for principal and interest and 156.75 went into
your escrow account.



Month         Payments to        Payments from    Description      Escrow Account
           Escrow  Account      Escrow Account                        Balance

Starting Balance: .............................................        0.00

May 2024        783.75 *              0.00                              783.75
Jun 2024          0.00 *              0.00                              783.75
Jul 2024          0.00 *              0.00                              783.75
Aug 2024          0.00 *              0.00                              783.75
Sep 2024          0.00 *              0.00                              783.75
Oct 2024          0.00 *              0.00                              783.75
Nov 2024          0.00 *              0.00                              783.75
Dec 2024          0.00 *            314.33 * Manual Withdrawal          469.42
Dec 2024        783.75 *            469.42 * Manual Withdrawal          783.75
Dec 2024          0.00 *              5.44 * County Taxes               778.31
Jan 2025          0.00 *              0.00                              778.31
Feb 2025          0.00 *              0.00                              778.31
Mar 2025          0.00 *          1,914.00 * Prop/Wind/Flood         1,135.69-
Apr 2025          0.00 *              0.00                           1,135.69-
May 2025          0.00                0.00                           1,135.69-
Jun 2025          0.00                0.00                           1,135.69-
Jul 2025      2,037.75 *              0.00                              902.06
Aug 2025          0.00                0.00                              902.06
Sep 2025        313.50 *              0.00                           1,215.56
Oct 2025          0.00                0.00                           1,215.56
Nov 2025        313.50 *              0.00                           1,529.06
Dec 2025        156.75                5.31 * County Taxes            1,680.50
Jan 2026        156.75                0.00                           1,837.25
Feb 2026        156.75                0.00                           1,994.00

              4,702.50            2,708.50

An Asterisk(*) indicates a difference from a previous estimate either in the
```

Community Bank of Mississippi  
1905 Community Bank Way Ste 19  
Flowood, MS 39232

Page     2

Reginald Bernard Chapman  
PO Box 183  
State Line MS 39362-0183

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT  
ACCOUNT HISTORY

Re:  Loan                                                           1/26/26

date or amount.

Last year, we anticipated that payments from your account would be made during this period equaling 1,881.00. Under Federal law, your lowest monthly balance should not have exceeded 313.50 or 1/6 of anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Under your mortgage contract and State law, your lowest monthly balance should not have exceeded 313.50. If you want a further explanation, please call Bankruptcy Officer at (601) 268-0299

```
Community Bank of Mississippi                                     Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232




Reginald Bernard Chapman
PO Box 183
State Line MS 39362-0183




               INITIAL ESCROW ACCOUNT DISCLOSURE STATEMENT


Re:   Loan                                                 1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

Month         Payments to       Payments from    Description    Escrow Account
            Escrow  Account     Escrow Account                      Balance

Initial Deposit: ...............................................     627.00

Jun 2024       156.75              0.00                              783.75
Jul 2024       156.75              0.00                              940.50
Aug 2024       156.75              0.00                            1,097.25
Sep 2024       156.75              0.00                            1,254.00
Oct 2024       156.75              0.00                            1,410.75
Nov 2024       156.75              0.00                            1,567.50
Dec 2024       156.75             10.00          County Taxes      1,714.25
Jan 2025       156.75              0.00                            1,871.00
Feb 2025       156.75              0.00                            2,027.75
Mar 2025       156.75          1,871.00          Prop/Wind/Flood     313.50
Apr 2025       156.75              0.00                              470.25
May 2025       156.75              0.00                              627.00

             1,881.00          1,881.00
```

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.

We have selected to maintain a cushion of 313.50 in your account.

Your mortgage payment for the coming year will be 2,938.46 of which
2,781.71 will be for principal and interest and 156.75 will go
into your escrow account.

If you have any questions concerning your loan or this notice,
please contact: Bankruptcy Officer at (601) 919-4200